**Order entered July 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00015-CV

## IN THE INTEREST OF C.H., A CHILD

**On Appeal from the 302nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-20-07919**

## ORDER

Before the Court is appellee's July 6, 2021 third motion for extension of time to file her brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 13, 2021. As the brief was first due May 12, 2021, we caution appellee that further extension requests will not be granted absent exigent circumstances and failure to file the brief by July 13th may result in the appeal being submitted on appellant's brief alone.

/s/     BONNIE LEE GOLDSTEIN
        JUSTICE